08CV3140
JUDGE GOTTSCHALL
MAG. JUDGE VALDEZ

**APPEARANCE F**
**DISTRICT COURT FOR T**~~HE NORTHERN DISTRICT OF ILLINOIS~~

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Mary R. Schaefer
(Please print)

STREET ADDRESS: 5709 N. Harlem Ave.

CITY/STATE/ZIP: Chicago, IL 60631

PHONE NUMBER: 312-351-0362

FILED
MAY 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER: _____

_Mary R. Schaefer_
Signature

May 30, 2008
Date